UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In The Matter of the Arbitration Between:

Court File No. 01-1931

Roger L. Anderson,

Plaintiff-Claimant,

v.

Morgan Stanley Dean Witter & Co.,

Defendant-Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

It is hereby stipulated by the parties through their respective counsel that the above-captioned proceeding may be dismissed with prejudice, each party to bear its own costs, disbursements and attorneys' fees.

Dated: October 25, 2001

Joseph W. Anthony (#2872)
Steven M. Phillips (#177659)
Anthony, Ostlund & Baer, P.A.
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Telephone: 612/349-6969
**ATTORNEYS FOR CLAIMANT**

Dated: October 25, 2001

Jamie S. Mayeron (#0069152)
Daniel Oberdorfer (#233791)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
**ATTORNEYS FOR RESPONDENT,**
**MORGAN STANLEY DEAN WITTER**

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

2142907v1

**ORDER**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-captioned proceeding is hereby dismissed with prejudice and without fees, costs or disbursements to either party.

Dated: October 29, 2001

United States District Judge

2142907v1